STATE v. GUINN
(No. 1689; March 31, 1931; 297 Pac. 808)

*Frank A. Barrett, Thomas O. Miller* and *Thomas M. Fagan* for defendant and appellant.

No briefs.

Cause submitted on behalf of the State on the brief of *James A. Greenwood*, Attorney General; *Richard J. Jackson*, Deputy Attorney General, and *Geo. W. Ferguson*, Assistant Attorney General, of Cheyenne, Wyoming.

107

*Per Curiam.*

The State's motion to dismiss the appeal must be sustained. A record on appeal must contain a certified copy of the judgment or order appealed from. Sec. 6406, W. C. S. 1920. This appeal purports to be from the judgment imposing sentence upon a verdict of guilty in a criminal prosecution. The record contains no copy of the judgment, nor anything to show that a judgment has been entered. There is a certificate that "Bar Docket No. 1" contains the following: "May 27, 1930. Sentence not to exceed ten years in reformatory at Worland. Appeal bond fixed at $1000." This entry evidently is merely a memorandum or minute of the judge and not the entry of the judgment. See Barnett v. Bankers Finance Ass'n., 38 Wyo. 511, 268 Pac. 1025; Lawer v. Kline, 41 Wyo. 167, 282 Pac. 1061.

Appeal dismissed.

*Dismissed.*